**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LINDA PERKINS** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 19-2313** |
| | : | |
| **WHITE AND WILLIAMS LLP** | : | |

**O R D E R**

This __29th__ day of ___September___, 2022, it having been reported that the above

captioned action has been settled, it is **ORDERED** that the above captioned action is

**DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

Notwithstanding this dismissal, pursuant to Rule 41.1(b) of the Local Rules of Civil

Procedure, this order of dismissal may be vacated, modified, or stricken from the record, for

cause shown, upon the application of any party served within ninety (90) days of the entry of

such order of dismissal, provided the application of the ninety-day time limitation is consistent

with Federal Rule of Civil Procedure 60(c).

**GEORGE WYLESOL**, Clerk of Court

BY: _____/s/ Patricia Clark_____
Patricia Clark
Civil Deputy to Judge McHugh

Copies EMAILED on __9/29/22__ to:

cc:    All counsel of record